**Opinion issued January 25, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00970-CR**

———————————

**IN RE JOSEPH THOMAS ROBERTS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Joseph Thomas Roberts, incarcerated and acting pro se, has filed a petition for a writ of mandamus, asserting that he "has been detained beyond the statutory minimum sentencing guidelines" in violation of the "fast and speedy trial"

rules.  Relator further requests that we instruct the trial court to "appoint an attorney . . . to defend [relator]."[1]

Relator's petition for writ of mandamus fails to comply with the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 52.3(a)–(h), (j)–(k), 52.7(a)(1) (inclusion of sworn record); *see also* TEX. R. APP. P. 9.5 (service on all parties); *In re Harrison*, No. 01-21-00531-CV, 2021 WL 4898073, *1 (Tex. App.—Houston [1st Dist.] Oct. 21, 2021, orig. proceeding) (mem. op., not designated for publication) (denying petition for writ of mandamus for failure to comply with Texas Rules of Appellate Procedure).

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Joseph Thomas Roberts*, Cause No. 23-CR-3584, in the 405th District Court of Galveston County, Texas, the Honorable Jared S. Robinson presiding.